IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-02267-MSK-MJW

RALF LABORDE,

        Plaintiff,

v.

UNITED AIR LINES, INC.

        Defendant.

## ORDER REMANDING CASE TO STATE COURT

THIS MATTER comes before the Court on the Plaintiff's Motion to Remand **(#5)**. The Plaintiff contends that the Court lacks subject matter jurisdiction over his claims and stipulates that amount in controversy will not exceed $75,000. Based upon the Plaintiff's stipulation, the Defendant does not oppose remanding the case **(#6)**.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion to Remand **(#5)** is **GRANTED**. The Clerk of Court is directed to remand the case to the District Court for the City and County of Denver.

Dated this 16th day of November, 2005

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge